[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 24, 2011
JOHN LEY
CLERK

No. 10-14327
Non-Argument Calendar

_____

D. C. Docket No. 4:06-cr-00055-RH–WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC LYNN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(June 24, 2011)

Before BARKETT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Eric Lynn in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lynn's revocation of supervised release and resulting sentence are **AFFIRMED**.